■ In the Matter of PATSY BELLO NURSERIES, INC., Appellant, v GORDON J. DAVIS, as Commissioner of the Department of Parks and Recreation of the City of New York, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination by the respondent, which declared petitioner in default on two contacts, petitioner appeals from a judgment of the Supreme Court, Kings County, dated October 13, 1982, which dismissed the proceeding. Judgment affirmed, with costs, for reasons stated by Justice Dowd at Special Term. Damiani, J. P., Mangano, Gibbons and Niehoff, JJ., concur.